**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JAY & M DELI CORP.,**

                **Plaintiff,**

      - against -

**UNITED STATES DEPARTMENT OF**
**AGRICULTURE, ET AL.,**

               **Defendants.**

---

**26-cv-1735 (JGK)**

<u>Order</u>

**John G. Koeltl, District Judge:**

The plaintiff had ninety days from filing the complaint to serve the summons and complaint on the defendant. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **June 24, 2026**. If service is not made by June 24, 2026, the case may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
            June 9, 2026

                                 **John G. Koeltl**
                         **United States District Judge**